1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

DENNIS KUNKEL, et al.,

Plaintiffs,

Case No.  14-cv-03180-JSW

8
9

v.

10

JOHN WILEY & SONS, INC.,

Defendant.

**ORDER SETTING CASE
MANAGEMENT CONFERENCE AND
REQUIRING JOINT CASE
MANAGEMENT CONFERENCE
STATEMENT**

11
12

TO ALL PARTIES AND COUNSEL OF RECORD:

13

The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby

14

ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management

15

Conference shall be held in this case on October 17, 2014, at 11:00 A.M., in Courtroom 5, 2nd

16

Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.

17

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on

18

any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5.  Following service,

19

plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance

20

with Civil L. R. 5-6(a).

21

The parties shall appear in person through lead counsel to discuss all items referred to in

22

this Order and with authority to enter stipulations, to make admissions and to agree to further

23

scheduling dates.

24

The parties shall file a joint case management statement no later than **five (5) court days**

25

prior to the conference.  The joint case management statement shall address all of the topics set

26

forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint*

27

*Case Management Statement*, which can be found on the Court's website located at

28

http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.  If any one or more of the parties is

United States District Court
Northern District of California

proceeding without counsel, the parties may file separate case management statements.    Separate

statements may also address all of the topics set forth in the Standing Order referenced above.

Any request to reschedule the date of the conference shall be made in writing, and by stipulation if

possible, at least **ten (10) calendar days** before the date of the conference and must be based upon

good cause.   In order to assist the Court in evaluating any need for disqualification or recusal, the

parties shall disclose to the Court the identities of any person, associations, firms, partnerships,

corporations or other entities known by the parties to have either (1) financial interest in the

subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could

be substantially affected by the outcome of the proceeding.  If disclosure of non-party interested

entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply

reference the pleading or document in which the disclosure was made.  In this regard, counsel are

referred to the Court's Recusal Order posted on the Court website at the Judges Information link at

http://www.cand.uscourts.gov.

       **IT IS SO ORDERED**.

Dated: August 7, 2014

_____

JEFFREY S. WHITE
United States District Judge